01
02
03
04
05
06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,         )   CASE NO. CR07-027-RSM
                                       )
09          Plaintiff,                 )
                                       )
10          v.                         )
                                       )   DETENTION ORDER
11  CHARLES W. GRIFFIN,                )
                                       )
12          Defendant.                 )
    _____)
13

14  <u>Offense charged</u>:    Conspiracy to Commit Identity Theft and Bank Fraud; Aggravated Identity

15  Theft; Possession of Document Making Implements

16  <u>Date of Detention Hearing</u>:   February 12, 2007

17        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21        <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22        1.    Defendant and five co-defendants are charged by indictment with conspiring to use

DETENTION ORDER                                                        15.13
18 U.S.C. § 3142(i)                                                    Rev. 1/91
PAGE 1

identification documents of other persons to defraud certain financial institutions. The indictment describes the acts in furtherance of the conspiracy occurring between 2004 and December 2005. At the detention hearing, the AUSA proffered audiotapes of conversations between the defendant and an individual currently incarcerated at the Federal Detention Center at SeaTac which are alleged to illustrate the weight of the evidence against defendant, as well as willingness to engage in witness intimidation.

2. Defendant has a lengthy criminal record. Defendant was on supervised release with the United States Probation Office at the time many of the acts of the alleged conspiracy occurred. Numerous violation reports were filed during the terms of supervision. Defendant's probation officer indicates that defendant was "unsuccessful on supervision". There is some discrepancy in the employment and residential information provided.

3. Defendant poses a risk of nonappearance due to a history of failing to comply with the conditions of supervised release, the nature of the instant charges which relate to false and/or stolen identification documents, and discrepant information regarding employment and residential situation. He poses a risk of danger due to criminal history, status on supervised release at the time the instant offense is alleged to have occurred, and the nature of the current charges.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 12th day of February, 2007.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91